# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| **BETTY S. HONGISTO, Individually,** ) <br> **and as Executrix of the Estate of** ) <br> **Iver Oscar Hongisto, deceased,** ) <br> ) <br>                 **Plaintiff,** ) <br> ) <br>         **Vs.** ) <br> ) <br> **AC&S, Inc.,** *et al.,* ) <br> ) <br>                 **Defendants.** ) <br> _____ ) | **Civil No. 5:98cv92** |

**THIS MATTER** is before the Court on motion of Betty S. Hongisto to be substituted for the deceased Plaintiff and to amend the complaint to add an additional cause of action for wrongful death. No responses or objections have been received from the Defendants.

For the reasons stated in the motions,

**IT IS, THEREFORE, ORDERED** that the motion of Betty S. Hongisto to be substituted for the deceased Plaintiff is **ALLOWED** and the case caption is hereby amended to reflect this substitution.

**IT IS FURTHER ORDERED** that the Plaintiff's motion to amend the complaint to add an additional cause of action for wrongful death is

**ALLOWED**, and an amended complaint shall be filed forthwith reflecting this amendment.

       Signed: May 17, 2006

Lacy H. Thornburg
United States District Judge