IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) |
| JAMES R. BARNES et ux. et al., Plaintiffs, v. ACandS, Inc., et al., Defendants. | ) ) ) ) ) ) ) ) ) ) |
| This filing pertains to plaintiff Curtis H. Cuthbertson as Administrator of the Estate of Hoy V. Cuthbertson, deceased. | ) ) ) ) |

WDNC No. 5:98cv92-T

## ORDER SUBSTITUTING PERSONAL REPRESENTATIVE AS PLAINTIFF

**THIS MATTER** is before the Court on motion of Curtis H. Cuthbertson, Administrator of the Estate of Hoy V. Cuthbertson, deceased, to be substituted as plaintiff,

It appearing to the Court that Hoy V. Cuthbertson is deceased and that Curtis H. Cuthbertson is the duly qualified, appointed and acting Administrator of his estate and that the nature of this action is such that the cause of action survives the death of the named plaintiff;

**IT IS, THEREFORE, ORDERED** that the Administrator's motion is **ALLOWED**, and Curtis H. Cuthbertson, Administrator of the Estate of Hoy V. Cuthbertson, deceased, is hereby substituted as plaintiff and that the substitution shall be hereafter shown in the title and the body of this action.

Signed: July 31, 2006

Lacy H. Thornburg
United States District Judge