# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| IVER OSCAR HONGISTO and wife, )<br>BETTY S. HONGISTO; and ALTON L. )<br>HUGHES and wife LENA M. HUGHES,)<br>)<br>                Plaintiffs,   )<br>)<br>Vs.                         )<br>)<br>AC&S, Inc., *et al.,*          )<br>)<br>                Defendants.   )<br>)  | Civil No. 5:98cv92 |

**THIS MATTER** is before the Court on motion of the Defendant Cleaver-Brooks, Inc., for admission *pro hac vice* of M. Elizabeth O'Neill, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's motion is **ALLOWED**, and M. Elizabeth O'Neill, is hereby granted special admission to the bar of this Court payment of the admission fee having been received by the Clerk of this Court.

2

Signed: September 6, 2006

*[signature]*

Lacy H. Thornburg
United States District Judge