IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL 875 |
| This Documents Relates to: | |
| ALTON L. HUGHES, and wife, LENA M. HUGHES, | |
| Plaintiffs, | |
| vs. | W.D.N.C. Asheville Division CIVIL ACTION NO. 5:98-CV-92 |
| AC and S, INC., ET AL. | |
| Defendants. | |

**ORDER**

**THIS MATTER** is before the Court on joint motion to dismiss of Plaintiffs Alton L. Hughes, Lena M. Hughes, and Defendant Metropolitan Life Insurance Company.

For the reasons stated in the motion and the parties having settled all matters in controversy,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and all of Plaintiffs' claims against Metropolitan Life Insurance Company pending in this civil action are hereby **DISMISSED WITH PREJUDICE** and that Metropolitan Life Insurance Company is hereby **DISMISSED** from this civil action.

2

Signed: October 11, 2006

*(signature)*

Lacy H. Thornburg
United States District Judge