IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:98CV92

| | |
|---|---|
| JAMES R. BARNES and wife DOROTHY BARNES, | ) |
| GRADY H. BEARD and wife SUZY BEARD, | ) |
| WAYNE BEHELER, | ) |
| LARRY K. BROOME and wife TREVA E. BROOME, | ) |
| SHARON COBB, Executrix of the Estate of | ) |
| ORVIL L. CUPP, Deceased, | ) |
| CURTIS CUTHBERTSON, Administrator of | ) |
| The Estate of HOY V. CUTHBERTSON, Deceased, | ) |
| ROGER D. CHURCH and wife LORETTA CHURCH | ) |
| JAMES L. COBB and wife REBEKAH COBB, | ) |
| BARNEY M. GRANT and wife HAZEL GRANT, | ) |
| E.F. GREENE, JR., | ) |
| BENJAMIN GROGAN and wife HELEN D. GROGAN, | ) |
| JOEANN S. HANCOCK, Individually and as | ) |
| Representative of the Estate of MARION HANCOCK, | ) |
| Deceased, | ) |
| JERRY LEE HEWELL and wife JANICE HEWELL, | ) |
| BETTY S. HONGISTO, Executrix of the Estate of | ) |
| IVER OSCAR HONGISTO, Deceased | ) |
| VIRGINIA F. HORNE, Individually And as Executrix | ) |
| of the Estate of JIMMY R. HORNE, Deceased, | ) |
| ALTON L. HUGHES, and wife, LENA M. HUGHES, | ) |
| WILLIAM D. JOYCE and wife PATSY JOYCE, | ) |
| ROBERT L. MAUNEY and wife TERESA MAUNEY, | ) |
| CHARLES M. MCGINNIS and wife AVA MCGINNIS | ) |
| ROGER D. PHILLIPS, | ) |
| GERALD W. RICHARDS and wife SUSAN RICHARDS | ) |

|  | | |
|---|---|---|
| | ) | LEAD CASE: |
| | ) | BARNES |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil No. . |
| | ) | 5:98-CV-00092 |
| | ) | |
| AcandS Inc. *et al*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court upon motion by Plaintiffs James R. Barnes and wife Dorothy Barnes; Grady H. Beard and wife Suzy Beard; Wayne Beheler; Larry K. Broome and wife Treva E. Broome; Sharon Cobb, Executrix of the Estate of Orvill L. Cupp, deceased; Curtis Cuthbertson, Administrator of the Estate of Hoy V. Cuthbertson, deceased; Roger D. Church and wife Loretta Church; James L. Cobb and wife Rebekah Cobb; Barney M. Grant and wife Hazel Grant; E.F. Greene, Jr.; Benjamin Grogan and wife Helen D. Grogan; Joeann S. Hancock, Individually and as Representative of the Estate of Marion Hancock, deceased; Jerry Lee Hewell and wife Janice Hewell; Betty S. Hongisto, Executrix of the Estate of Iver Oscar Hongisto, deceased; Virginia F. Horne, Individually and as Executrix of the Estate of Jimmy R. Horne, deceased; Alton L. Hughes, and wife Lena M. Hughes; William D. Joyce and wife Patsy Joyce; Robert L. Mauney and wife Teresa Mauney; Charles M. McGinnis and wife Ava McGinnis;  Roger D. Phillips; and Gerald W. Richards and Susan Richards, to dismiss Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, with prejudice.

It appears that good cause exists to permit Plaintiffs to do so,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the Plaintiffs' motion is **ALLOWED**, and the claims of Plaintiffs James R. Barnes and wife Dorothy Barnes; Grady H. Beard and wife Suzy Beard; Wayne Beheler; Larry K. Broome and wife Treva E. Broome; Sharon Cobb, Executrix of the Estate of Orvill L. Cupp, deceased; Curtis Cuthbertson, Administrator of the Estate of Hoy V. Cuthbertson, deceased; Roger D. Church and wife Loretta Church; James L. Cobb and wife Rebekah Cobb; Barney M. Grant and wife Hazel

Grant; E.F. Greene, Jr.; Benjamin Grogan and wife Helen D. Grogan; Joeann S. Hancock, Individually and as Representative of the Estate of Marion Hancock, deceased; Jerry Lee Hewell and wife Janice Hewell; Betty S. Hongisto, Executrix of the Estate of Iver Oscar Hongisto, deceased; Virginia F. Horne, Individually and as Executrix of the Estate of Jimmy R. Horne, deceased; Alton L. Hughes, and wife Lena M. Hughes; William D. Joyce and wife Patsy Joyce; Robert L. Mauney and wife Teresa Mauney; Charles M. McGinnis and wife Ava McGinnis; Roger D. Phillips; and Gerald W. Richards and Susan Richards, against Defendant CBS / Westinghouse, are hereby **DISMISSED WITH PREJUDICE**.

Signed: January 19, 2007

Lacy H. Thornburg
United States District Judge