IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| JAMES R. BARNES and wife, DOROTHY G. BARNES, *et al.*, | ) ) ) | File No. 5:98-CV-92 |
| This document pertains to: | ) ) | |
| BETTY S. HONGISTO, Executrix of the Estate of Iver Oscar Hongisto, Deceased; and ALTON L. HUGHES and wife, LENA M. HUGHES, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ACandS, INC., et al., | ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court upon the joint motion of Plaintiffs Alton L. Hughes, and wife, Lena M. Hughes and Betty Hongisto, Individually and as Executrix of the Estate of Iver Oscar Hongisto, Deceased, and Defendant A.W. Chesterton Company to dismiss, with prejudice, all of said Plaintiffs' claims against A.W. Chesterton Company in this matter.

It appearing that grounds exist to permit said Plaintiffs to do so,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the parties' joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Alton L. Hughes, and wife, Lena M. Hughes, and Betty Hongisto, Individually and as Executrix of the Estate of Iver Oscar Hongisto, Deceased, against Defendant A.W. Chesterton Company are hereby **DISMISSED WITH PREJUDICE**.

Signed: January 19, 2007

Lacy H. Thornburg
United States District Judge