IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:98CV92

| | |
|---|---|
| JAMES R. BARNES, and wife )<br>DOROTHY G. BARNES, *et al*., )<br>)<br>This document pertains to: )<br>)<br>JAMES R. BARNES, and wife )<br>DOROTHY G. BARNES; JAMES L. )<br>COBB, and wife REBEKAH COBB; )<br>BENJAMIN G. GROGAN, and wife )<br>HELEN D. GROGAN; BETTY S. )<br>HONGISTO, Executrix of the Estate )<br>of Iver Oscar Hongisto, Deceased; )<br>WILLIAM D. JOYCE, and wife )<br>PATSY F. JOYCE; and ALTON L. )<br>HUGHES, and wife LENA M. )<br>HUGHES; )<br>)<br>                   Plaintiffs, )<br>)<br>Vs. )<br>)<br>A. W. CHESTERTON, INC.; CLEAVER )<br>BROOKS; CROWN CORK & SEAL )<br>COMPANY, INC.; GARLOCK, INC.; )<br>GEORGIA-PACIFIC CORPORATION; )<br>MINNESOTA MINING AND )<br>MANUFACTURING COMPANY, )<br>INC.; NORTH BROTHERS, INC.; )<br>OWENS-ILLINOIS, INC.; RAPID )<br>AMERICAN CORPORATION; RILEY )<br>STOKER CORPORATION; and )<br>CBS CORP., ) | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**ORDER OF DISMISSAL**<br> |

|  |  |
|---|---|
| **Defendants.** | )<br>)<br>) |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above and the Defendant Minnesota Mining & Manufacturing Company, a/k/a 3M Company, to dismiss with prejudice their claims against said Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of James R. Barnes, and wife Dorothy Barnes; James L. Cobb, and wife Rebekah Cobb; Benjamin Grogan, and wife Helen D. Grogan; Betty S. Hongisto, Individually and as Executrix of the Estate of Iver Oscar Hongisto, Deceased; Alton L. Hughes, and wife Lena M. Hughes; and William D. Joyce, and wife Patsy F. Joyce, against the Defendant Minnesota Mining & Manufacturing Company, a/k/a 3M Company, are hereby **DISMISSED WITH PREJUDICE**.

Signed: January 19, 2007

Lacy H. Thornburg
United States District Judge