# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

## CIVIL NO. 5:98CV92

| | |
|---|---|
| JAMES R. BARNES, and wife DOROTHY G. BARNES, *et al.*, </br></br>This document pertains to:</br></br>GRADY H. BEARD, and wife SUZY M. BEARD; WAYNE BEHELER; JAMES L. COBB, and wife REBEKAH COBB; BARNEY MERRILL GRANT, and wife HAZEL GRANT; E. F. GREENE, JR.; JOEANN S. HANCOCK, Individually and as Representative of the Estate of Marion Hancock, Deceased; JERRY LEE HEWELL, and wife JANICE HEWELL; VIRGINIA F. HORNE, Individually and as Executrix of the Estate of Jimmy R. Horne, Jr., Deceased; WILLIAM D. JOYCE, and wife PATSY F. JOYCE; ROBERT L. MAUNEY, and wife TERESA MAUNEY; ; GERALD W. RICHARDS, and wife SUSAN H. RICHARDS; and SHARON C. COBB, Executrix of the Estate of Orvil L. Cupp, Deceased; CURTIS H. CUTHBERTSON, Administrator of the Estate of Hoy V. Cuthbertson, Deceased;</br>                Plaintiffs,</br></br>       Vs. | **ORDER OF DISMISSAL** |

| | |
|---|---|
| A. W. CHESTERTON, INC.; CLEAVER BROOKS; CROWN CORK & SEAL COMPANY, INC.; GARLOCK, INC.; GEORGIA-PACIFIC CORPORATION; MINNESOTA MINING AND MANUFACTURING COMPANY, INC.; NORTH BROTHERS, INC.; OWENS-ILLINOIS, INC.; RAPID AMERICAN CORPORATION; and RILEY STOKER CORPORATION,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above and the Defendant Crown Cork & Seal Company, Inc., to dismiss without prejudice their claims against said Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Grady H. Beard, and wife Suzy M. Beard; Wayne Beheler; James L. Cobb, and wife Rebekah Cobb; Barney Merrill Grant, and wife Hazel Grant; E. F. Greene, Jr.; Joeann S. Hancock, Individually and as Representative of the Estate of Marion Hancock, Deceased; Jerry Lee Hewell, and wife Janice Hewell; Virginia F. Horne, Individually and as Executrix of the Estate of Jimmy R. Horne, Sr.,

Deceased; William D. Joyce, and wife Patsy F. Joyce; Robert L. Mauney, and wife Teresa Mauney; Gerald W. Richards, and wife Susan H. Richards; Sharon C. Cobb, Executrix of the Estate of Orvil L. Cupp, Deceased; and Curtis H. Cuthbertson, Administrator of the Estate of Hoy V. Cuthbertson, Deceased, against the Defendant Crown Cork & Seal Company, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: February 5, 2007

Lacy H. Thornburg
United States District Judge