## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

**CIVIL NO. 5:98CV92**

| | |
|---|---|
| **JAMES R. BARNES, and wife DOROTHY G. BARNES; GRADY H. BEARD, and wife SUZY M. BEARD; JAMES L. COBB, and wife REBEKAH COBB; BARNEY MERRILL GRANT, and wife HAZEL GRANT; E.F. GREENE, JR.; BENJAMIN D. GROGAN, and wife HELEN D. GROGAN; JOEANN S. HANCOCK, Individually and as Representative of the Estate of MARION HANCOCK, Deceased; JERRY LEE HEWELL, and wife JANICE HEWELL; BETTY S. HONGISTO, Executrix of the Estate of IVER OSCAR HONGISTO, Deceased; VIRGINIA F. HORNE, Individually and as Executrix of the Estate of JIMMY R. HORNE, SR., Deceased; WILLIAM D. JOYCE, and wife PATSY F. JOYCE; ROBERT L. MAUNEY, and wife TERESA MAUNEY; ROGER D. PHILLIPS; GERALD W. RICHARDS, and wife SUSAN H. RICHARDS; LARRY K. BROOME, and wife TREVA E. BROOME; ROGER D. CHURCH, and wife LORETTA H. CHURCH; SHARON C. COBB, Executrix of the Estate of ORVIL L. CUPP, Deceased; ALTON L. HUGHES, and wife LENA M. HUGHES; CHARLES M. MCGINNIS, and wife AVA P. MCGINNIS; and CURTIS H. CUTHBERTSON, Administrator of the Estate of HOY V. CUTHBERTSON, Deceased,** | ) |
| Plaintiffs, | ) |
| vs. | ) |
| **ACandS, INC., et al., (and D.B. Riley, Inc.)** | ) |
| Defendants. | ) |

# CONSENT ORDER OF DISMISSAL OF DEFENDANT

COME NOW Plaintiffs **Grady H. Beard and wife, Suzy M. Beard; Wayne Beheler; Larry K. Broome and wife, Treva E. Broome; Roger D. Church and wife, Loretta H. Church; James L. Cobb and wife, Rebekah Cobb; Betty S. Hongisto, Individually and as Executrix of the Estate of Iver O. Hongisto, Deceased; Alton L. Hughes and wife, Lena M. Hughes; Robert L. Mauney and wife, Teresa Mauney; Charles M. McGinnis and wife, Ava P. McGinnis; and Gerald W. Richards and wife, Susan H. Richards only**,[1] and **Defendant D. B. Riley, Inc, f/k/a Riley Stoker Corporation,** by and through counsel, pursuant to Rule 41 (A)(2), Federal Rules of Civil Procedure, and hereby move the Court for an Order dismissing, **with prejudice**, all claims against Defendant D. B. Riley, Inc, f/k/a Riley Stoker Corporation, and no others in this civil action.

COME NOW Plaintiffs **James R. Barnes and wife, Dorothy G. Barnes; Sharon C. Cobb, Executrix of the Estate of Orvil L. Cupp, Deceased; Benjamin G. Grogan and wife, Helen D. Grogan; Barney Merrill Grant and wife, Hazel Grant; E.F. Greene, Jr.; Joe Ann Hancock, Individually and as Representative of the Estate of Marion Hancock, Deceased; Jerry Lee Hewell and wife, Janice Hewell; Virginia F. Horne, Individually and as Executrix of the Estate of Jimmy R. Horne, Deceased; William D. Joyce and wife, Patsy F. Joyce; and Roger D. Phillips, only**, and **Defendant D. B. Riley, Inc, f/k/a Riley Stoker Corporation,** by and through counsel, pursuant to Rule 41 (A)(2), Federal Rules of Civil Procedure, and hereby move the Court for an Order dismissing, **without prejudice**, all claims

---

[1] The Parties note that the claims of Curtis H. Cuthbertson, Administrator of the Estate of Hoy Cuthbertson, Deceased have been resolved and that a Consent Order of Dismissal will be filed when a new Personal Representative is appointed, the requisite Release is signed and payment is remitted on said claim.

10287572 v1

against Defendant D. B. Riley, Inc, f/k/a Riley Stoker Corporation, and no others in this civil action.

**IT IS SO ORDERED.**

Signed: February 10, 2007

Lacy H. Thornburg
United States District Judge

**PREPARED AND SUBMITTED :**
*/s/ Teresa Lazzaroni*
Teresa Lazzaroni
NC State Bar No. 13582
**HAWKINS & PARNELL, LLP**
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308
Telephone: (404) 614-7445
Telecopier: (404) 614-7500
tlazzaroni@hplegal.com

**CONSENTED TO BY:**
Attorneys for Plaintiffs:

/s/ Janet Ward Black
Janet Ward Black
**WARD BLACK LAW**
208 West Wendover Avenue
Greensboro, North Carolina 27401
jwblack@wardblacklaw.com

John E. Herrick
**MOTLEY RICE LLC**
P.O. Box 1792
Mt. Pleasant, South Carolina 29465
jherrick@motleyrice.com

**10287572 v1**