IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:98CV92

| | |
|---|---|
| JAMES R. BARNES, and wife, DOROTHY G. BARNES, *et al.*, | ) ) ) |
| This document pertains to: BETTY S. HONGISTO, Executrix of the Estate of Iver Oscar Hongisto, Deceased, and ALTON L. HUGHES, and wife LENA M HUGHES, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| ACandS Incorporated, *et al.*, | ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

**NOW COMES,** Ward Black Law, Attorneys for the Plaintiffs Iver Oscar Hongisto, Betty S. Hongisto, Alton L. Hughes and Lena M. Hughes, and moves for an Order of Dismissal with prejudice as to Defendant Crown Cork & Seal Company, Inc.; and

With the consent of Leath, Bouch & Crawford LLP, Attorneys for Defendant Crown Cork & Seal Company, Inc.,

**IT IS, THEREFORE, ORDERED** that the Plaintiffs, Iver Oscar Hongisto, Betty S. Hongisto, Alton L. Hughes and Lena M. Hughes, be granted an Order of Dismissal with prejudice in the above-entitled matter as to Crown Cork & Seal Company, Inc.

Signed: February 10, 2007

Lacy H. Thornburg
United States District Judge

WE SO MOVE:

WARD BLACK LAW
By: s/Janet Ward Black
Janet Ward Black, Esq.
NC Bar Number 12869
208 W. Wendover Avenue
Greensboro, NC 27401
Telephone: (336) 273-3812
Fax: (336) 379-9415
E-mail: jwblack@wardblacklaw.com
Attorneys for the Plaintiffs Iver Oscar Hongisto, Betty S. Hongisto, Alton L. Hughes and Lena M. Hughes


WE SO CONSENT:

LEATH, BOUCH & CRAWFORD LLP
By: s/Timothy W. Bouch
Timothy W. Bouch, Esq.
N.C. Bar No. 26065
92 Broad Street, P. O. Box 59
Charleston, SC 29402
(843) 937-8811
tbouch@leathbouchlaw.com
Attorneys for Crown Cork & Seal Company, Inc.