# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

## CIVIL NO. 5:98CV92

| | |
|---|---|
| JAMES R. BARNES, and wife DOROTHY G. BARNES, *et al.*, </br></br>This document pertains to:</br></br>JAMES R. BARNES, and wife DOROTHY G. BARNES, and ROGER D. PHILLIPS,</br></br>              Plaintiffs,</br></br>Vs.</br></br>A. W. CHESTERTON, INC., *et al.*,</br></br>              Defendants. | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above and the Defendant Crown Cork & Seal Company, Inc., to dismiss without prejudice their claims against said Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs James R. Barnes, and wife Dorothy

G. Barnes, and Roger D. Phillips, against the Defendant Crown Cork & Seal Company, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: February 25, 2007

Lacy H. Thornburg
United States District Judge