# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

## CIVIL NO. 5:98CV92

| | |
|---|---|
| JAMES R. BARNES, and wife ) <br> DOROTHY G. BARNES, *et al*., ) <br> ) <br> This document pertains to: ) <br> ) <br> BARNEY MERRILL GRANT, and wife ) <br> HAZEL GRANT, ) <br> ) <br> Plaintiffs, ) <br> ) <br> Vs. ) <br> ) <br> A. W. CHESTERTON, INC.; CLEAVER ) <br> BROOKS; CROWN CORK & SEAL ) <br> COMPANY, INC.; GARLOCK, INC.; ) <br> MINNESOTA MINING AND ) <br> MANUFACTURING COMPANY, ) <br> INC.; NORTH BROTHERS, INC.; ) <br> OWENS-ILLINOIS, INC.; RAPID ) <br> AMERICAN CORPORATION; and ) <br> CBS CORP., ) <br> ) <br> Defendants. ) <br> ) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the joint motion of the specific

Plaintiffs captioned above and the Defendant Minnesota Mining &

Manufacturing Company, a/k/a 3M Company, to dismiss with prejudice their claims against said Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Barney Merrill Grant, and wife Hazel Grant, against the Defendant Minnesota Mining & Manufacturing Company, a/k/a 3M Company, are hereby **DISMISSED WITH PREJUDICE**.

Signed: March 12, 2007

Lacy H. Thornburg
United States District Judge

Lacy H. Thornburg
United States District Judge