IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>This document pertains to:<br>JAMES R. BARNES and wife, DOROTHY G. BARNES; GRADY H. BEARD and wife, SUZY M. BEARD; WAYNE BEHELER; JAMES L. COBB and wife, REBEKAH COBB; BARNEY MERRILL GRANT and wife, HAZEL GRANT; E.F. GREENE, JR.; BENJAMIN G. GROGAN and wife, HELEN D. GROGAN; MARION HANCOCK and wife, JOEANN S. HANCOCK; JERRY LEE HEWELL and wife, JANICE HEWELL; IVER OSCAR HONGISTO and wife, BETTY S. HONGISTO; JIMMY R. HORNE and wife, VIRGINIA F. HORNE; WILLIAM D. JOYCE and wife, PATSY F. JOYCE; ROGER D. PHILLIPS; GERALD D. RICHARDS and wife, SUSAN H. RICHARDS; LARRY K. BROOME and wife, TREVA E. BROOME; ROGER D. CHURCH and wife, LORETTA H. CHURCH; SHARON C. COBB, Executrix of the Estate of ORVIL L. CUPP; HOY V. CUTHBERTSON; ALTON L. HUGHES and wife, LENA M. HUGHES; CHARLES M. McGINNIS and wife, AVA P. McGINNIS,<br><br>Plaintiffs,<br><br>Vs.<br><br>ACandS, Inc., et al.,<br><br>Defendants. | Civil No. 5:98cv92 |

**ORDER OF DISMISSAL OF DEFENDANT CLEAVER-BROOKS, INC.**

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the captioned Plaintiffs' claims against the Defendant Cleaver-Brooks, Inc.

For cause shown and pursuant to the agreement of the Plaintiffs and the Defendant Cleaver-Brooks,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiffs Wayne Beheler; and Charles M. McGinnis and wife, Ava P. McGinnis against the Defendant Cleaver-Brooks, Inc., are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the claims of Plaintiffs James R. Barnes and wife, Dorothy G. Barnes; Grady H. Beard and wife, Suzy M. Beard; Larry K. Broome and wife, Treva E. Broome; James L. Cobb and wife, Rebekah Cobb; Sharon C. Cobb, Executrix Of The Estate Of Orvil L. Cupp, Deceased; Curtis H. Cuthbertson, Administrator of the Estate of Hoy V. Cuthbertson, Deceased; Barney Merrill Grant and wife, Hazel Grant; E.F. Greene, Jr.; Marion Hancock and wife, Joeann S. Hancock; Jerry Lee Hewell and wife, Janice Hewell; Jimmy R. Horne and wife, Virginia F. Horne; William D. Joyce and wife, Patsy F. Joyce; Roger D. Phillips; Gerald D. Richards and wife, Susan H. Richards against the Defendant Cleaver-Brooks, Inc., are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: March 22, 2007

Lacy H. Thornburg
United States District Judge

| **Prepared and Submitted By:** | **Consented to By:** |
|---|---|
| Attorney for Defendant Cleaver-Brooks, Inc. | Attorney for Plaintiff |
| *s/ Stephen B. Williamson* | *s/ Janet Ward Black* |
| Stephen B. Williamson, Esq. | Janet Ward Black, Esq. |
| N.C. Bar No. 20203 | N.C. Bar No. 12869 |
| Van Winkle, Buck, Wall, Starnes and Davis, P.A. | Donaldson & Black, P.A. |
| 11 North Market Street | 208 West Wendover Avenue |
| Post Office Box 7376 | Greensboro, NC 27401 |
| Asheville, North Carolina 28802 | Telephone: 336-273-3812 |
| Telephone: 828-258-2991 | Facsimile: 336-379-9415 |
| Facsimile: 828-255-0255 | E-mail: jwblack@donaldsonandblack.com |
| Email: swilliamson@vwlawfirm.com | |