# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

| | | |
|---|---|---|
| **JAMES R. BARNES and wife, DOROTHY G. BARNES**, *et al.*, | ) | **File No. 5:98-CV-92** |
| | ) | |
| **This document pertains to:** | ) | |
| **CURTIS H. CUTHBERTSON,** | ) | |
| **Administrator of the Estate of HOY V.** | ) | |
| **CUTHBERTSON, deceased,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ACandS, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

**THIS MATTER** is before the Court upon motion by Plaintiff Curtis H. Cuthbertson, Administrator of the Estate of Hoy V. Cuthbertson, deceased, and Defendant A.W. Chesterton Company to dismiss, without prejudice, all claims of said Plaintiff against Defendant Chesterton.

It appearing that the parties are in agreement to dismiss this action,

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiff Curtis H. Cuthbertson, Administrator of the Estate of Hoy V. Cuthbertson, deceased, against Defendant A.W. Chesterton Company are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: March 22, 2007

Lacy H. Thornburg
United States District Judge