IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL ACTION NO.: 5:98CV92

| | |
|---|---|
| JAMES R. BARNES, and wife DOROTHY G. BARNES, *et al.*, <br><br> This document pertains to: <br> CURTIS H. CUTHBERTSON, Administrator of the Estate of HOY V. CUTHBERTSON, Deceased, <br><br>     Plaintiffs, <br><br>     vs. <br><br> ACandS, INC., et al., (and D.B. Riley, Inc.) <br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## CONSENT ORDER OF DISMISSAL OF DEFENDANT

**THIS MATTER** is before the Court on motion of the Plaintiff Curtis H. Cuthbertson, Administrator of the Estate of Hoy V. Cuthbertson, Deceased,[1] and Defendant D. B. Riley, Inc, f/k/a Riley Stoker Corporation, by and through counsel, pursuant to Rule 41 (A)(2), Federal Rules of Civil Procedure, for an Order dismissing, without prejudice, all claims against said Defendant.

For cause shown, and it appearing the parties have reach agreement as to the claims presented in this action,

**IT IS, THEREFORE, ORDERED** that the motion is **ALLOWED**, and the claims of Plaintiff Curtis H. Cuthbertson, Administrator of the Estate of Hoy V. Cuthbertson, Deceased,

---

[1] The Parties note that this dismissal effectively dismisses D.B. Riley, Inc. for ALL Plaintiffs to this action.

1

against the Defendant D. B. Riley, Inc, f/k/a Riley Stoker Corporation, are hereby **DISMISSED WITHOUT PREJUDICE.**

          Signed: March 22, 2007

          Lacy H. Thornburg
          United States District Judge

10301869v.1

**PREPARED AND SUBMITTED BY:**

*/s/ Teresa Lazzaroni*
    Teresa Lazzaroni
    NC State Bar No. 13582
    **HAWKINS & PARNELL, LLP**
    4000 SunTrust Plaza
    303 Peachtree Street, N.E.
    Atlanta, Georgia 30308
    Telephone: (404) 614-7445
    Telecopier: (404) 614-7500
tlazzaroni@hplegal.com

**CONSENTED TO BY:**

    Attorneys for Plaintiffs:

    /s/ Janet Ward Black
    Janet Ward Black
    **WARD BLACK LAW**
    208 West Wendover Avenue
    Greensboro, North Carolina 27401
    jwblack@wardblacklaw.com


    John E. Herrick
    **MOTLEY RICE LLC**
    P.O. Box 1792
    Mt. Pleasant, South Carolina 29465
    jherrick@motleyrice.com

3

10301869v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

**CIVIL ACTION NO.: 5:98CV92**

| | |
|---|---|
| **JAMES R. BARNES, and wife** ) | |
| **DOROTHY G. BARNES,** *et al.*, ) | |
| ) | **CIVIL ACTION NO.:** |
| Plaintiffs, ) | |
| ) | **5:98CV92** |
| vs. ) | |
| ) | |
| **ACandS, INC., et al., (and D.B. Riley,** ) | |
| **Inc.)** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2007I electronically filed the foregoing **Consent Order of Dismissal of Defendant** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

jwblack@wardblacklaw.com
jherrick@motleyrice.com
ctl@johnsonandlambeth.com
mthomas@maupintaylor.com
eoneill@hplegal.com
psmith@vwlawfirm.com
swilliamson@vwlawfirm.com
eandp@bellsouth.net
tbouch@leathbouchlaw.com
robert.meriwether@nelsonmullins.com

1

This 22nd day of March, 2007.

                    ***/s/ Teresa Lazzaroni***
                    Teresa Lazzaroni
                    NC State Bar No. 13582
                    **HAWKINS & PARNELL, LLP**
                    4000 SunTrust Plaza
                    303 Peachtree Street, N.E.
                    Atlanta, Georgia 30308
                    Telephone:  (404) 614-7445
                    Telecopier:  (404) 614-7500
                    tlazzaroni@hplegal.com