# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

## CIVIL NO. 5:98CV92

| | |
|---|---|
| JAMES R. BARNES, and wife DOROTHY G. BARNES, *et al.*, )<br>)<br>This document pertains to: )<br>)<br>LARRY K. BROOME, and wife TREVA E. BROOME; ROGER D. CHURCH, and wife LORETTA H. CHURCH; and CHARLES M. McGINNIS, and wife AVA P. McGINNIS, )<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>A. W. CHESTERTON, INC.; CLEAVER BROOKS; CROWN CORK & SEAL COMPANY, INC.; GARLOCK, INC.; GEORGIA-PACIFIC CORPORATION; MINNESOTA MINING AND MANUFACTURING COMPANY, INC.; NORTH BROTHERS, INC.; OWENS-ILLINOIS, INC.; RAPID AMERICAN CORPORATION; and RILEY STOKER CORPORATION, )<br>)<br>Defendants. ) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above and the Defendant Crown Cork & Seal Company, Inc., to dismiss without prejudice their claims against said Defendants.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Larry K. Broome, and wife Treva E. Broome; Roger D. Church, and wife Loretta H. Church; and Charles M. McGinnis, and wife Ava P. McGinnis, against the Defendant Crown Cork & Seal Company, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: March 23, 2007

Lacy H. Thornburg
United States District Judge