# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

## CIVIL NO. 5:98CV92

| | |
|---|---|
| JAMES R. BARNES, and wife DOROTHY G. BARNES, *et al*., | )<br>)<br>) |
| This document pertains to: | )<br>) |
| CURTIS H. CUTHBERTSON, Administrator of the Estate of Hoy V. Cuthbertson, Deceased, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| Vs. | )    **ORDER OF DISMISSAL** |
| A. W. CHESTERTON, INC.; CLEAVER BROOKS; GARLOCK, INC.; MINNESOTA MINING AND MANUFACTURING COMPANY, INC.; NORTH BROTHERS, INC.; OWENS-ILLINOIS, INC.; and RAPID AMERICAN CORPORATION, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiff captioned above and the Defendant Minnesota Mining & Manufacturing Company, a/k/a 3M Company, to dismiss without prejudice all claims against said Defendant.

2

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Curtis H. Cuthbertson, Administrator of the Estate of Hoy V. Cuthbertson, Deceased, against the Defendant Minnesota Mining & Manufacturing Company, a/k/a 3M Company, are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: March 27, 2007

Lacy H. Thornburg
United States District Judge

Lacy H. Thornburg
United States District Judge