IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:98CV92

| | |
|---|---|
| JAMES R. BARNES, and wife )<br>DOROTHY G. BARNES, *et al*., )<br>)<br>        Plaintiffs, )<br>)<br>        Vs. )<br>)<br>A.W. CHESTERTON, INC.; )<br>CLEAVER BROOKS; GARLOCK, INC.;)<br>NORTH BROTHERS, INC., a/k/a )<br>National Services Industries, Inc.; )<br>MINNESOTA MINING AND )<br>MANUFACTURING COMPANY, INC.; )<br>OWENS-ILLINOIS, INC.; and )<br>RAPID AMERICAN CORPORATION, )<br>)<br>        Defendants. )<br>) | <u>O R D E R</u> |

      **THIS MATTER** is before the Court pursuant to the parties' notification that all claims in controversy between the Plaintiffs and the remaining Defendants have been settled.

      **IT IS, THEREFORE, ORDERED** that the parties submit stipulations of dismissal, consent judgments, joint motions to dismiss, or other

settlement documents closing this case on or before 90 days from entry of this Order.

**IT IS FURTHER ORDERED** that sanctions will be imposed on any party failing to abide by this deadline absent a showing of good cause therefor.

Signed: April 6, 2007

Lacy H. Thornburg
United States District Judge