**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

**CIVIL NO.  5:98CV92**

| | |
|---|---|
| **JAMES R. BARNES, and wife** | ) |
| **DOROTHY G. BARNES; GRADY H.** | ) |
| **BEARD, and wife SUZY M. BEARD;** | ) |
| **WAYNE BEHELER; JAMES L. COBB,** | ) |
| **and wife REBEKAH COBB;** | ) |
| **BARNEY MERRILL GRANT, and wife** | ) |
| **HAZEL GRANT; E. F. GREENE, JR.;** | ) |
| **BENJAMIN G. GROGAN, and wife** | ) |
| **HELEN D. GROGAN; JOEANN S.** | ) |
| **HANCOCK, Individually and as** | ) |
| **Representative of the Estate of** | ) |
| **Marion Hancock, Deceased; JERRY** | ) |
| **LEE HEWELL, and wife JANICE** | ) |
| **HEWELL; BETTY S. HONGISTO,** | ) |
| **Executrix of the Estate of Iver Oscar** | ) |
| **Hongisto, Deceased; VIRGINIA F.** | ) |
| **HORNE, Individually and as** | ) |
| **Executrix of the Estate of Jimmy R.** | ) |
| **Horne, Sr., Deceased; WILLIAM D.** | ) |
| **JOYCE, and wife PATSY F. JOYCE;** | ) |
| **ROBERT L. MAUNEY, and wife** | ) |
| **TERESA MAUNEY; ROGER D.** | ) |
| **PHILLIPS; GERALD W. RICHARDS,** | ) |
| **and wife SUSAN H. RICHARDS;** | ) |
| **LARRY K. BROOME, and wife,** | ) |
| **TREVA E. BROOME; ROGER D.** | ) |
| **CHURCH, and wife LORETTA H.** | ) |
| **CHURCH; SHARON C. COBB,** | ) |
| **Executrix of the Estate of Orvil L.** | ) |
| **Cupp, Deceased; ALTON L. HUGHES,** | ) |
| **and wife LENA M. HUGHES;** | ) |
| **CHARLES M. McGINNIS, and wife** | ) |

| | |
|---|---|
| AVA P. McGINNIS; and CURTIS H. ) <br> CUTHBERTSON, Administrator of the ) <br> Estate of Hoy v. Cuthbertson, ) <br> Deceased, ) <br> ) <br>               Plaintiffs, ) <br> ) <br>          Vs. ) <br> ) <br> A. W. CHESTERTON, INC.; ) <br> GARLOCK, INC.; NORTH BROTHERS,) <br> INC.; OWENS-ILLINOIS, INC.; and ) <br> RAPID AMERICAN CORPORATION ) <br> ) <br>          Defendants. ) <br> _____ ) | **ORDER OF DISMISSAL** |

       **THIS MATTER** is before the Court by consent of the captioned

Plaintiffs and the Defendant National Service Industries, Inc., formerly

known as North Brothers Company, to dismiss the Plaintiffs' claims against

said Defendant without prejudice.

       With the consent of the parties,

       **IT IS, THEREFORE, ORDERED** that the claims of the captioned

Plaintiffs against the Defendant National Service Industries, Inc., formerly

known as North Brothers Company, are hereby **DISMISSED WITHOUT**

**PREJUDICE**, and this matter is hereby terminated as to that Defendant.

Signed: July 3, 2007


Lacy H. Thornburg
United States District Judge


**WE MOVE:**

*s/ James D. Gandy, III*
James D. Gandy, III

Pierce, Herns, Sloan & McLeod, LLC
321 East Bay Street
Charleston, SC 29413

Attorney for Defendant
National Service Industries, Inc.

**WE CONSENT:**

*s/ Janet Ward Black*
Janet Ward Black, Esq.
N.C. Bar No. 12869
Ward Black Law
208 West Wendover Avenue
Greensboro, NC 27401
jwblack@donaldsonandblack.com
Attorneys for Plaintiffs