IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| JAMES R. BARNES, and wife, DOROTHY G. BARNES; GRADY H. BEARD and wife, SUZY M. BEARD; WAYNE BEHELER; JAMES L. COBB and wife REBEKAH COBB; BARNEY MERRILL GRANT and wife, HAZEL GRANT; E.F. GREENE, JR.; BENJAMIN G. GROGAN and wife, HELEN D. GROGAN; JOEANN S. HANCOCK, Individually and as Representative of the Estate of Marion Hancock, Deceased; JERRY LEE HEWELL and wife, JANICE HEWELL; BETTY S. HONGISTO, Executrix of the Estate of Iver Oscar Hongisto, Deceased; VIRGINIA F. HORNE, Individually and as Executrix of the Estate of Jimmy R. Horne, Sr., Deceased; WILLIAM D. JOYCE and wife, PATSY F. JOYCE; ROBERT L. MAUNEY and wife, TERESA MANUEY; ROGER D. PHILLIPS; GERALD W. RICHARDS and wife, SUSAN H. RICHARDS; LARRY K. BROOME and wife, TREVA E. BROOME; ROGER D. CHURCH and wife, LORETTA H. CHURCH; SHARON C. COBB, Executrix of the Estate of ORVIL L. CUPP; CURTIS H. CUTHBERTSON, Administrator of the Estate of Hoy V. Cuthbertson, Deceased; ALTON L. HUGHES and wife, LENA M. HUGHES; and CHARLES M. McGINNIS and wife, AVA P. McGINNIS, | Civil Action No.: 5:98:cv92-T |
| Plaintiffs, | |
| v. | |
| A. W. CHESTERTON, INC., *et al.*, | |
| Defendants. | |

# ORDER OF DISMISSAL

**THIS MATTER** is before the Court with the consent of the captioned Plaintiffs and Defendant, Rapid American Corporation, to dismiss without prejudice, all claims of said Plaintiffs against that Defendant.

It appearing that all parties have consented to the relief requested herein,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the claims of the captioned Plaintiffs against the Defendant, Rapid American Corporation, are **HEREBY DISMISSED WITHOUT PREJUDICE** and this case is terminated as to that Defendant.

Signed: July 3, 2007

Lacy H. Thornburg
United States District Judge

| WE MOVE: | WE CONSENT: |
|---|---|
| s/James D. Gandy, III | s/ Janet Ward Black |
| James D. Gandy, III | Janet Ward Black, Esquire |
| | Attorneys for Plaintiffs |
| | NC Bar #12869 |
| Pierce, Herns, Sloan & McLeod, LLC | Ward Black Law |
| 321 East Bay Street | 208 West Wendover Avenue |
| Charleston, SC 29413 | Greensboro, NC 27401 |
| **trippgandy@phsm.net** | **jwblack@wardblacklaw.com** |
| | |
| Attorney for Defendant | |
| Rapid American Corporation | |