# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

## CIVIL NO. 5:98CV92

| | |
|---|---|
| JAMES R. BARNES, and wife ) <br> DOROTHY G. BARNES, *et al*., ) <br> ) <br> This document pertains to: ) <br> ) <br> ROGER D. CHURCH, and wife ) <br> LORETTA H. CHURCH, ) <br> ) <br>                Plaintiffs, ) <br> ) <br>     Vs. ) <br> ) <br> A. W. CHESTERTON, INC.; GARLOCK,) <br> INC.; MINNESOTA MINING AND ) <br> MANUFACTURING COMPANY, ) <br> INC.; NORTH BROTHERS, INC.; ) <br> OWENS-ILLINOIS, INC.; and RAPID ) <br> AMERICAN CORPORATION, ) <br> ) <br>                Defendants. ) <br> ) | **ORDER OF DISMISSAL** |

    **THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above and the Defendant Minnesota Mining & Manufacturing Company, a/k/a 3M Company, to dismiss without prejudice all claims against said Defendant.

    For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Roger D. Church, and wife Loretta H. Church, against the Defendant Minnesota Mining & Manufacturing Company, a/k/a 3M Company, are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: July 3, 2007

Lacy H. Thornburg
United States District Judge