# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

**CIVIL NO. 5:98CV92**

| | |
|---|---|
| JAMES R. BARNES, and wife DOROTHY G. BARNES; GRADY H. BEARD, and wife SUZY M. BEARD; WAYNE BEHELER; JAMES L. COBB, and wife REBEKAH COBB; E.F. GREENE, JR.; JOEANN S. HANCOCK, Individually and as Representative of the Estate of MARION HANCOCK, Deceased; JERRY LEE HEWELL, and wife JANICE HEWELL; VIRGINIA F. HORNE, Individually and as Executrix of the Estate of JIMMY R. HORNE, SR., Deceased; WILLIAM D. JOYCE, and wife PATSY F. JOYCE; ROBERT L. MAUNEY, and wife TERESA MAUNEY; ROGER D. PHILLIPS; GERALD W. RICHARDS, and wife SUSAN H. RICHARDS; LARRY K. BROOME, and wife TREVA E. BROOME; ROGER D. CHURCH, and wife LORETTA H. CHURCH; SHARON C. COBB, Executrix of the Estate of ORVIL L. CUPP, Deceased; and CHARLES M. MCGINNIS, and wife AVA P. MCGINNIS, <br><br>    Plaintiffs, <br><br>    vs. <br><br>A. W. CHESTERTON, INC., *et al.*, <br><br>    Defendants. | )))))))))))))))))))))))))))))))) |

**ORDER OF DISMISSAL**

**THIS MATTER** is before the Court on the joint motion of the captioned Plaintiffs and the Defendant A. W. Chesterton, Inc., to dismiss Plaintiffs' claims against that Defendant without prejudice.[1]

With the consent of the parties herein,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the captioned Plaintiffs' claims against the Defendant A. W. Chesterton, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**, and this matter is terminated as to that Defendant.

Signed: July 3, 2007

Lacy H. Thornburg
United States District Judge

---

[1] The joint motion also lists the Plaintiff Hoy V. Cuthbertson; however, those claims were dismissed by Order filed March 22, 2007.