IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:98CV92

| | |
|---|---|
| JAMES R. BARNES, and wife, DOROTHY G. BARNES; GRADY H. BEARD and wife, SUZY M. BEARD; WAYNE BEHELER; JAMES L. COBB and wife REBEKAH COBB; BARNEY MERRILL GRANT and wife, HAZEL GRANT; E.F. GREENE, JR.; JOEANN S. HANCOCK, Individually and as Representative of the Estate of Marion Hancock, Deceased; JERRY LEE HEWELL and wife, JANICE HEWELL; VIRGINIA F. HORNE, Individually and as Executrix of the Estate of Jimmy R. Horne, Deceased; WILLIAM D. JOYCE and wife, PATSY F. JOYCE; ROBERT L. MAUNEY and wife, TERESA MANUEY; ROGER D. PHILLIPS; GERALD W. RICHARDS and wife, SUSAN H. RICHARDS; LARRY K. BROOME and wife, TREVA E. BROOME; ROGER D. CHURCH and wife, LORETTA H. CHURCH; SHARON C. COBB, Executrix of the Estate of ORVIL L. CUPP; CURTIS H. CUTHBERTSON, Administrator of the Estate of Hoy V. Cuthbertson, Deceased; and CHARLES M. McGINNIS and wife, AVA P. McGINNIS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| A. W. CHESTERTON, INC., *et al.*, | ) ) |
| Defendants. | ) ) ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** is before the Court on motion of the captioned Plaintiffs to dismiss this action as to the Defendant Garlock Sealing Technologies, LLC, with prejudice.  The Defendant consents to the relief sought.

With the consent of the parties herein,

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' motion is **ALLOWED**, and the claims of the captioned Plaintiffs against the Defendant Garlock Sealing Technologies, LLC, are hereby **DISMISSED WITH PREJUDICE**, and this action is hereby terminated as that Defendant.

Signed: July 3, 2007

Lacy H. Thornburg
United States District Judge

<u>WE SO MOVE</u>:

  <u>s/ Janet Ward Black</u>
Janet Ward Black
NC Bar Number 12869
Attorneys for the Plaintiffs
WARD BLACK LAW
208 W. Wendover Avenue
Greensboro, NC 27401
Telephone: (336) 273-3812
Fax: (336) 379-9415
E-mail:  jwblack@wardblacklaw.com


<u>WE SO CONSENT</u>:

LEATH, BOUCH & CRAWFORD LLP


By: <u>s/ Timothy W. Bouch</u>
Timothy W. Bouch, Esq.
N.C. Bar No. 26065
92 Broad Street, P. O. Box 59
Charleston, SC  29402
(843) 937-8811
tbouch@leathbouchlaw.com

Attorneys for Garlock Sealing Technologies, LLC