IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:98CV92

| | |
|---|---|
| JAMES R. BARNES, and wife | ) |
| DOROTHY G. BARNES, *et al*., | ) |
| | ) |
| This document pertains to: | ) |
| JAMES R. BARNES, and wife | ) |
| DOROTHY G. BARNES; GRADY H. | ) |
| BEARD, and wife SUZY M. BEARD; | ) |
| WAYNE BEHELER; JAMES L. COBB, | ) |
| and wife REBEKAH COBB; | ) |
| BARNEY MERRILL GRANT, and wife | ) |
| HAZEL GRANT; E. F. GREENE, JR.; | ) |
| BENJAMIN G. GROGAN, and wife | ) |
| HELEN D. GROGAN; JOEANN S. | ) |
| HANCOCK, Individually and as | ) |
| Representative of the Estate of | ) |
| Marion Hancock, Deceased; JERRY | ) |
| LEE HEWELL, and wife JANICE | ) |
| HEWELL; VIRGINIA F. HORNE, | ) |
| Individually and as Executrix of the | ) |
| Estate of Jimmy R. Horne, Sr., | ) |
| Deceased; WILLIAM D. JOYCE, and | ) |
| wife PATSY F. JOYCE; | ) |
| ROBERT L. MAUNEY, and wife | ) |
| TERESA MAUNEY; ROGER D. | ) |
| PHILLIPS; GERALD W. RICHARDS, | ) |
| and wife SUSAN H. RICHARDS; | ) |
| SHARON C. COBB, Executrix of the | ) |
| Estate of Orvil L. Cupp, Deceased; | ) |
| ALTON L. HUGHES, and wife LENA | ) |
| M. HUGHES; and CURTIS H. | ) |
| CUTHBERTSON, Administrator of the | ) |
| Estate of Hoy v. Cuthbertson, | ) |

| | |
|---|---|
| Deceased, )<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>OWENS-ILLINOIS, INC., )<br>)<br>Defendant. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the joint motion of the captioned Plaintiffs and the Defendant Owens-Illinois, Inc., to dismiss.

With the consent of the parties herein,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Curtis H. Cuthbertson, Administrator of the Estate of Hoy V. Cuthbertson, Deceased; Joeann S. Hancock, Individually and as Representative of the Estate of Marion Hancock, Deceased; and Virginia F. Horne, Individually and as Executrix of the Estate of Jimmy R. Horne, Sr., against the Defendant Owens-Illinois, Inc., are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the claims of Plaintiffs James R. Barnes, and wife Dorothy G. Barnes; Grady H. Beard, and wife Suzy M. Beard; Wayne Beheler; James L. Cobb, and wife Rebekah Cobb; Sharon

C. Cobb, Executrix of the Estate of Orvil L. Cupp, Deceased; Barney Merrill Grant, and wife Hazel Grant; E. F. Greene, Jr.; Benjamin G. Grogan, and wife Helen D. Grogan; Jerry Lee Hewell, and wife Janice Hewell; Alton L. Hughes, and wife Lena M. Hughes; William D. Joyce, and wife Patsy F. Joyce; Robert L. Mauney, and wife Teresa Mauney; Roger D. Phillips; and Gerald W. Richards, and wife Susan H. Richards, against the Defendant Owens-Illinois, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**, and this matter is hereby terminated as to that Defendant.

Signed: July 6, 2007

Lacy H. Thornburg
United States District Judge